162 A.3d 845

**NUNGESSER, David Wade**

v.

**STATE of Maryland**

**Pet. Docket No. 143, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 967, Sept. Term, 2016).

Petition for writ of certiorari denied

■

162 A.3d 845

**ONG, LYE HUAT**

v.

**STATE of Maryland**

**Pet. Docket No. 84, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 253, Sept. Term, 2015).

Petition for writ of certiorari denied